UNITED STATES DISTRICT COURT　　　　SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
January 14, 2022
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| United States of America, | § § § | |
| Plaintiff, | § § | |
| versus | § § | Criminal H-21-47 |
| Jase DePaul Gautreaux, | § § | |
| Defendant. | § | |

## Order Denying Extension

Jase DePaul Gautreaux's motion to extend his surrender date is denied. (69)

Signed on January 14, 2022, at Houston, Texas.

Lynn N. Hughes
United States District Judge